**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-6767**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN JAIRO GOMEZ,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge. (CR-95-385-AW; CA-99-3288-AW)

_____

Submitted:  July 9, 2004           Decided:  July 27, 2004

_____

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John Jairo Gomez, Appellant Pro Se.  Barbara Suzanne Skalla, Assistant United States Attorney, Deborah A. Johnston, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Jairo Gomez appeals the district court's order denying his "Motion to Quash and Correct Sentence Pursuant to Plain Error."  We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  See United States v. Gomez, Nos. CR-95-385-AW; CA-99-3288-AW (D. Md. Apr. 13, 3004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED